IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOAH DEVON STIRN,
    Plaintiff,

vs.                                                               Case No.: 3:20cv41/MCR/EMT

SHERIFF MICHAEL A. ADKINSON, JR., et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this case by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). On January 21, 2020, the court granted Plaintiff's motion to proceed in forma pauperis and directed him to pay an initial partial filing fee, in the amount of $12.80, within thirty (30) days (ECF No. 4). Plaintiff failed to respond to the court's order; therefore, on February 26, 2020, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 6). The time for compliance with the show cause order has elapsed, and Plaintiff has not paid the initial partial filing or shown cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 30th day of March 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.** **<u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>** **A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.