UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

NOAH DEVON STIRN,

    Plaintiff,

v.                                      CASE NO. 3:20cv41-MCR-EMT

SHERIFF MICHAEL A.
ADKINSON, JR., et al.,

    Defendants.
_____/

# O R D E R

The Chief Magistrate Judge issued a Report and Recommendation on March 30, 2020. ECF No. 8. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

**DONE AND ORDERED** this 7th day of May 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**